# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 17, 2025

Lyle W. Cayce
Clerk

No. 25-10277
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Dmetrius Lakeith Brooks,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CR-12-4

———————————————————

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Dmetrius Lakeith Brooks has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brooks has not filed a response to the brief but has moved to relieve counsel and proceed pro se on appeal.

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10277

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Brooks's motion to relieve counsel and proceed pro se on appeal followed counsel's motion for leave to withdraw. In light of the above, Brooks's motion is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).